1
2
3
4
5

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

JOGA SINGH,

      Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

      Respondents.

Case No. C10-1319-RAJ-BAT

**REPORT AND RECOMMENDATION**

On August 13, 2010, petitioner Joga Singh, proceeding through counsel, filed a Petition for Writ of Habeas Corpus and Complaint for Injunctive Relief pursuant to 28 U.S.C. § 2241, challenging his detention and seeking a temporary stay of his removal from the United States. (Dkt. 1.) The Court subsequently entered a temporary stay of removal (Dkt. 2) and directed respondents to file a return to the habeas petition pursuant to 28 U.S.C. § 2243 (Dkt. 3). On October 7, 2010, petitioner filed a Notice of Dismissal pursuant to FRCP 41(a)(1)(A)(i), indicating that he was granted permanent resident status by the United States Citizenship and Immigration Services. (Dkt. 8.) Respondents have not served either an answer or a motion to dismiss.

Having been noticed for dismissal by petitioner, the Court recommends that United States

REPORT AND RECOOMENDATION - 1

District Judge Richard A. Jones immediately approve this Report and Recommendation and dismiss this action pursuant to FRCP 41(a)(1)(A)(i). A proposed order accompanies this Report and Recommendation.

DATED this 13th day of October, 2010.

                                                                    _____
                                                                    BRIAN A. TSUCHIDA
                                                                    United States Magistrate Judge