1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8  JOGA SINGH,                                    )
                                                 )
9                        Petitioner,             )   Case No. C10-1319-RAJ-BAT
                                                 )
10             v.                                )
                                                 )   **ORDER OF DISMISSAL**
11  DEPARTMENT OF HOMELAND SECURITY, )
   et al.,                                       )
12                                               )
                       Respondents.              )
13  _____ )

14       The Court, having reviewed the Report and Recommendation of the Honorable Brian A.

15  Tsuchida (Dkt. # 9), United States Magistrate Judge and the balance of the record, does hereby

16  find and Order:

17      1.  The Court adopts the Report and Recommendation.

18      2.  This action is voluntarily **DISMISSED** pursuant to FRCP 41(a)(1)(A)(i).

19      3.  The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

20          DATED this 2nd day of November, 2010.

21

22          _____

23          The Honorable Richard A. Jones
            United States District Judge

ORDER OF DISMISSAL - 1